UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ART AND ANTIQUE DEALERS
LEAGUE OF AMERICA, INC., et al.,
                                Plaintiffs,

-against-

BASIL SEGGOS,
                                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2019

18 Civ. 2504 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, there is a status conference in this matter scheduled for October 24, 2019;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the October 24, 2019, status conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: October 21, 2019
       New York, New York

                                                         LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**