

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

June 17, 2020

BY ECF

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: The AADLA, Inc., et al. v. Comm'r of NYSDEC, Index No. 18 CV 02504 (LGS)

Dear Judge Schofield:

This Office represents defendant the Commissioner of the New York State Department of Environmental Conservation in the above referenced matter. Due to the difficulties of working from home under the circumstances of the current pandemic, and specifically the unusual management burden on this Office's supervisors who must review and approve all motion papers, defendant respectfully requests a one-week extension of all dates in the briefing schedule of the current cross-motions for summary judgment.

Under this extension, the date for filing of defendant's cross-motion for summary judgment and opposition to plaintiffs' motion for summary judgment will move to June 26 from its current date of June 19; plaintiffs' opposition to defendants' motion and reply will move to July 17 from its current date of July 10; and defendants' reply will move to July 24 from its current date of July 17. Plaintiffs have consented to this request, and this is the first request by either party for an extension of the current briefing schedule.

Application GRANTED. The parties shall complete briefing of the cross-motions for summary judgment according to the following schedule:
- Defendant shall file his cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment by June 26, 2020;
- Plaintiffs shall file the opposition to Defendant's motion and reply in support of Plaintiff's motion by July 17, 2020; and
- Defendant shall file the reply in support of Defendant's motion by July 24, 2020.

Dated: June 18, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

28 Liberty St., 19th Fl. New York, N.Y. 10005 ● Phone (212) 416-6276 ● Fax (212) 416-6007 ● WWW.AG.NY.GOV