**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE ART AND ANTIQUE DEALERS LEAGUE
OF AMERICA, INC., et al.,

                              Plaintiffs,                    18 **CIVIL** 2504 (LGS )

        -against-                             **JUDGMENT**

BASIL SEGGOS, et al.,

                              Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 5, 2021, Plaintiffs' motion for summary

judgment is DENIED and Defendants' motion for summary judgment is GRANTED; accordingly,

the case is closed.


**Dated:**  New York, New York
       March 5, 2021




                                 **RUBY J. KRAJICK**
                        _____
                             **Clerk of Court**
**BY:**
                              **Deputy Clerk**