UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
The Art and Antique Dealers League of America, Inc.
and The National Art and Antique Dealers Association of
America, Inc.,

                                          **Docket No. 18 Civ. 02504(LGS)**

                              Plaintiffs,

    -against-

                                          **NOTICE OF APPEAL**

Basil Seggos, in his official Capacity, as the
Commissioner of the New York State Department of
Environmental Conservation.

                              Defendant.
-----------------------------------------------------------------------X

      Notice is hereby given that the plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Judgment and Orders, entered on March 5, 2021 and August 14, 2019, respectively, granting defendant's motions for summary judgment and to dismiss plaintiffs' causes of action with prejudice.

Dated:  New York, New York
           March 8, 2021

                                            McLAUGHLIN & STERN, LLP

                            By:  *Alan E. Sash*
                                     Alan E. Sash
                                     260 Madison Avenue
                                     New York, New York 10016
                                     (212) 448-1100
                                     asash@mclaughlinstern.com

                                     *Counsel for Plaintiffs*

{N0281581.1}