UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ART & ANTIQUE DEALERS LEAGUE
OF AMERICA, INC., et al.,
                              Plaintiffs,              18 Civ. 2504 (LGS)

            -against-                                  <u>ORDER</u>

BASIL SEGGOS,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 13, 2024, the Court of Appeals reversed this Court's grant of summary judgment to Defendant on Plaintiffs' constitutional claim and remanded the case for further proceedings. It is hereby

       **ORDERED** that, by **November 26, 2024**, the parties shall file a joint letter proposing next steps.

Dated: November 18, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE