

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

November 22, 2024

BY ECF

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *The AADLA, Inc., et al. v. Comm'r of NYSDEC*, Index No. 18 CV 02504 (LGS)

Dear Judge Schofield:

      This Office represents defendant the Commissioner of the New York State Department of Environmental Conservation in the above referenced matter. In response to the Court's order dated November 18, 2024 (Docket 104), the parties now write jointly to inform the Court of their position on next steps in light of *The AADLA, Inc., et al. v. Comm'r of NYSDEC*, No. 21-569 (2d Cir., Nov. 13, 2024).

      At this time, the parties are still weighing their options in terms of seeking further review of the Second Circuit's decision. The time to file a petition for certiorari with the United States Supreme Court will elapse on February 11, 2025. For that reason, the parties jointly request that consideration of what steps to take at the trial court level be postponed to February 28, 2025, at which point the parties will submit a further joint letter.

      Thank you for the Court's attention to this matter.

                                             Respectfully submitted,

                                             /s/
                                           Elizabeth Morgan

cc:      All parties, by ECF

Environmental Protection Bureau | 28 Liberty Street | New York NY 10005
direct number 212-416-6276| main number 212-416-6446 | elizabeth.morgan@ag.ny.gov